UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESE ANN SIMONETTA,

    Plaintiff,

                                                Case No. 13-CV-10607

v.

                                                HON. DENISE PAGE HOOD

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**and**
**GRANTING IN PART MOTION FOR ATTORNEY FEES**

This matter is before the Court on Magistrate Judge Patricia T. Morris' Report and Recommendation filed February 3, 2016 on Plaintiff's Motion for Attorney Fees under 42 U.S.C. § 406(b). To date, no Objections have been filed to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusion. The Court agrees with the Magistrate Judge that Plaintiff is entitled to attorney fees in the amount of $5,422.99 under 42 U.S.C. § 406(b), as more fully set forth in the Report and Recommendation.

    Accordingly,

IT IS ORDERED that the Report and Recommendation (Doc. # 27, 2/3/2016) is ACCEPTED and ADOPTED as this Court's findings of fact and conclusions of law.

IT IS FURTHER ORDERED that Plaintiff's Motion for Attorney Fees under 42 U.S.C. § 406(b) (Doc. # 24, 3/2/2015) is GRANTED IN PART as set forth in the Report and Recommendation.  Plaintiff's request for attorney fees in the amount of $5,422.99 is reasonable and Plaintiff is awarded such fees.

S/Denise Page Hood
Denise Page Hood
Chief Judge, United States District Court

Dated:  April 29, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 29, 2016, by electronic and/or ordinary mail.

S/LaShawn R. Saulsberry
Case Manager

2